Certificate Number: 03088-PAE-DE-028819196

Bankruptcy Case Number: 17-11137



03088-PAE-DE-028819196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2017</u>, at <u>4:59</u> o'clock <u>PM CST</u>, <u>Joanna L Iffrig</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 26, 2017</u>          By:    <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>